PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES YORK, et al,

Defendants.

CASE NO. 1:16-CR-00069 LJO

STIPULATION AND ORDER FOR REVIEW OF PERSONNEL RECORDS

The United States by and through Philip A. Talbert, U.S. Attorney and Assistant U.S. Attorneys, Kimberly A. Sanchez and Jeffrey A. Spival, and Eric Fogderude, counsel for Trenell Monson and Dale Blickenstaff, counsel for Anthony Windfield stipulate to an inspection of personnel files and an in camera review under the circumstances set forth below based upon a defense request for such a review. Pursuant to 28 U.S.C., section 1651(a) which provides, "The Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."

Date: 9/1/17

PHILLIP A. TALBERT

United States Attorney

/s/ Kimberly A. Sanchez

KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Date: 9/1/17

/s/ Eric Fogderude
ERIC FOGDERUDE
Counsel for Trenell MONSON

Date: 9/2/17

/s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF
Counsel for Anthony WINDFIELD

IT IS ORDERED, that Fresno Police Department:

a. Undertake a review of the personnel file of Sgt. Andre Benson for any disciplinary actions, allegations of misconduct that bear upon credibility, documentation that is relevant to truthfulness or that is exculpatory in nature. The review is to be completed on or before September 12, 2017. Upon completion of the review, Fresno Police Department shall provide notice to the parties and to the Court, and indictate whether a further in camera review is warranted.

b. Should any such documentation or allegation be found, an in camera review of the documents shall be arranged with the Court to occur on or before September 20, 2017 for a determination of whether the information should be provided to the parties for potential use at trial or any evidentiary hearing at which the witnesses testify.

IT IS SO ORDERED.

Dated: **September 5, 2017**

**/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE