| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KIMBERLY A. SANCHEZ<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRENELL MONSON, ET AL<br><br>    Defendants. | CASE NO. 1:16-CR-00069 LJO<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT MONSON'S SECOND MOTION FOR RECONSIDERATION |

The United States, through McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, and Chris Cosca, attorney for Defendant Monson have stipulated to an extension of time for the government to file an opposition to the defendant's second motion for reconsideration from February 5, 2018 until February 7, 2018 and defendant's reply from February 12, 2018 to February 14, 2018. The reason for the request is that attorney for the government had a family emergency on Friday, February 2, 2018 that consumed time over the weekend and on February 5, 2018 that she would have otherwise worked

**[Remainder of page intentionally left blank.]**

Stipulation                                                    1

on the opposition. There is no request to move the hearing date of February 26, 2018.

Dated: February 5, 20187                                    Respectfully submitted,

                                                            McGREGOR W. SCOTT
                                                            United States Attorney

                                              By    /s/ Kimberly A. Sanchez
                                                    KIMBERLY A. SANCHEZ
                                                    Assistant U.S. Attorney

Dated:  February 5, 2018                            /s/ Chris Cosca
                                                    CHRIS COSCA
                                                    Attorney for Trenell Monson

It is Ordered that the Government may file its opposition on or before February 7, 2018, defendant Monson may file any reply on or before February 14, 2018, and that all other dates remain the same.

IT IS SO ORDERED.

Dated:   **February 6, 2018**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE