McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY A. SPIVAK
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:16-CR-00069-LJO-SKO |
| Plaintiff, | UNITED STATES' REQUEST FOR AN ORDER AUTHORIZING DISCOVERY IN THE ANCILLARY PROCEEDING; ORDER THEREON |
| v. | |
| NASTASHA PARKS, TRENELL MONSON, JAMES YORK, KENNETH WHARRY, KIANDRE JOHNSON, DARRELL MAXEY, DAVON MILLRO, KENNETH RAY JOHNSON, III, ANTHONY WINDFIELD, and STEVEN BLACKMON, | [FED. R. CRIM. P. 32.2(c)(1)(B)] |
| Defendants. | |

**I. INTRODUCTION**

Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), the United States requests the Court to allow it to conduct discovery to explore the basis for the claim filed by petitioners Shawanna Munson, Shakore Ogan, Trenell Hollins, Kaneshia Munson, and Tawanna Munson ("Petitioners") regarding their interest in property forfeited from the one or more of the above-captioned defendants. Petitioners give a general alleged interest in the following property:

    a. 2009 Chevrolet Silverado, License No. 8T76940,

       VIN: 3GCEC23J39G189314;

    b. 2007 Mercedes-Benz S550, License No. 7LFW574, VIN: WDDNG71X67A097849;

    c. 2006 Chevrolet C5500 Bus, License No. 29430V1, VIN: 1GBE5V1276F413337;

    d. 2000 Reinell Boat and Trailer, Registration No. CF0348PB, Hull No. RNA00364J900, Trailer License No. 1JG4820;

    e. 1988 Ford Mustang, License No. 4XJJ979, VIN: 1FABP44A4JF274577;

    f. 1987 Chevrolet Monte Carlo, License No. 5DFY196, VIN: 1G1GZ11G8HR111353; and,

    g. 1969 Chevrolet Chevelle Malibu, License No. 7FIH462, VIN: 136679B405688;

hereafter (the "Subject Assets") that were seized in Fresno, California on April 21, 2016, as part of this criminal investigation.

## II. BACKGROUND

1. On May 5, 2016, the above-named defendants, and others were indicted in a twenty-six count indictment for conspiracy to commit murder in aid of racketeering, sex trafficking, transportation in interstate commerce for prostitution, and other related charges. (ECF No. 127.)

2. On June 11, 2018, Trenell Monson plead guilty to Counts One through Three of a Superseding Information and forfeited all his right, title, and interest to the assets seized in this case; namely, the Subject Assets. (ECF No. 607). Defendant Trenell Monson was sentenced on October 1, 2018. (ECF No. 727).

3. On August 29, 2018, the Court entered a Preliminary Order of Forfeiture for the assets seized in the case, including the Subject Assets, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d), 982(a)(2)(B), 1029(c)(1)(C), 2428, 26 U.S.C. §5872, 7301, 7303, and 28 U.S.C. § 2461(c), which authorizes the forfeiture of assets used or intended to be used to commit or to facilitate the commission of a violation of 18 U.S.C. § 1027 and 2421, or property which constitutes, or is derived from proceeds the defendant(s) obtained directly or indirectly, as a result

of a violation of 18 U.S.C. §§ 1029, 1952, and 2421, or is property on which, or for or in respect whereof, any tax is imposed for the purpose of being sold or removed by the defendant or property used to transport or for deposit or concealment of property in violation of 26 U.S.C. § 7206. (ECF No. 664).

4. Following the Court's entry of a preliminary order of forfeiture, the United States provided notice to all known and unknown potential claimants, pursuant to 21 U.S.C. § 853(n), 18 U.S.C. § 1963(l) and Local Rule 171. As to the Subject Assets, the earliest deadline to file a petition was December 26, 2018. The government granted counsel representing Petitioners in this case a two-week extension to January 9, 2019 to file their ancillary petition.

5. On January 7, 2019, Petitioners filed a verified claim and request for judicial determination contesting the forfeiture of the Subject Assets. (ECF No. 774.) Petitioners allege themselves as lawful owners of the Subject Assets and that the Subject Assets were not purchased with proceeds of a specific unlawful activity.

### III. ANALYSIS

6. Federal Rule of Criminal Procedure 32.2(c) governs third party asset forfeiture proceedings in criminal cases. Rule 32.2(c)(1) provides that if a third party files a petition asserting an interest in property to be forfeited in a criminal case, the district court must conduct an ancillary hearing. Fed.R.Crim.P. 32.2(c)(1). Rule 32.2(c)(1)(B) provides that prior to the ancillary hearing the Court may permit the parties to conduct discovery in accordance with the Federal Rules of Civil Procedure if the court determines that discovery is "necessary or desirable to resolve factual issues." Fed.R.Crim.P. 32.2(c)(2)(B).

7. The United States believes that discovery is necessary and desirable to evaluate Petitioners' ownership in the Subject Assets because if Petitioners can provide information showing that either the Subject Assets were not derived from or were not used to facilitate the criminal activity charged in this case, an ancillary hearing may not be necessary.

8. The United States requests and proposes the following discovery, motion and hearing schedule:

UNITED STATES' REQUEST FOR AN ORDER AUTHORIZING DISCOVERY IN THE ANCILLARY PROCEEDING; ORDER THEREON

3

| Event | Proposed Date/Deadline |
|---|---|
| Discovery Cut off | April 26, 2019 |
| Last Day to File Dispositive Motions | May 31, 2019 |
| Ancillary Hearing | July 15. 2019<br>July 22, 2019, or<br>July 29, 2019 |

## IV. CONCLUSION

For the foregoing reasons, the United States requests the Court: (1) enter an order authorizing the parties to conduct discovery pursuant to Fed. R. Crim. P. 32.2(c)(1)(B); and (2) to adopt the above litigation schedule or set a discovery schedule that the Court deems appropriate.

Dated: January 10, 2019            McGREGOR W. SCOTT
                                             United States Attorney

                                       By:    /s/ Jeffrey A. Spivak
                                                    JEFFREY A. SPIVAK
                                                    Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

    Dated:    **January 11, 2019**                 **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES CHIEF DISTRICT JUDGE