MICHAEL L. ELDER, ESQ. (SBN: 238036)
2491 Alluvial Ave., Suite 20
Clovis, CA  93611
T: (559) 323-5337
F: (559) 765-4544
E-Mail: mike@mlelderlaw.com

Attorney for Claimant
TAWANNA MONSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DATE OF SEIZURE**: 4/21/2016<br>**ITEM**: 1969 CHEVROLET CHEVELLE MAILIBU<br>　　　VIN: 136679B405688<br>**SEIZING AGENCY**: FEDERAL BUREAU OF INVESTIGATION (FBI)<br>**ASSET ID**: 16-FBI-003015<br>**SEIZURE NO.**: 3720160079 | Case No.:  1:16-CR-00069-LJO-SKO<br><br>**ORDER** |

　　　The court having reviewed the written briefs of the parties, the testimony adduced at the evidentiary hearing on July 29, 2019, the court being fully advised in the premises hereby ORDERS that the 1969 Chevrolet Chevelle Malibu, VIN 136679B405688 be returned to claimant Tawanna Monson forthwith.

IT IS SO ORDERED.

　　　Dated:　**August 2, 2019**　　　　　　　**/s/ Lawrence J. O'Neill**　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE