1  Gabriel J. Pacheco, #299524
   1444 Fulton St.
2  Fresno, CA  93721
   Telephone: (559) 540-7070
3  Fax: (559) 940-6815
   Email: GP@PachecoEsq.com
4
   Attorney for Defendant
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8
                                          | Case No. **1:16-CR-00069**
9  UNITED STATES OF AMERICA,               |
                                          | **APPLICATION TO BE RELIEVED**
10     Plaintiff,                          | **AS COUNSEL; SUBSTITUTION OF**
                                          | **NEW COUNSEL**
11     vs.                                 |
                                          | Date:
12 TRENELL MONSON,                         | Time:
                                          | Dept:
13     Defendant.

14

15     Application is hereby made by Gabriel J. Pacheco, appointed counsel for the

16 Defendant, to be relieved as counsel for the Defendant and for the Court to appoint new

17 counsel.

18     This application is based on the reasons set forth in the declaration of Gabriel J.

19 Pacheco which has been filed under seal in this matter.  Further, this application is based

20 upon the Criminal Justice Act, 18 U.S.C. 30006A which says in pertinent part at section

21 (b) "…The United States magistrate judge or the court may, in the interest justice,

22 substitute one appointed counsel for another at any stage of the proceeding."

23
   Dated:  December 2, 2021            Respectfully submitted,
24

25
                                       /s/ Gabriel J. Pacheco
26                                     Gabriel J. Pacheco, #299524
                                       Counsel for Defendant
27

                                      1
                    APPLICATION TO BE RELEIVED AS COUNSEL

Gabriel J. Pacheco, #299524
1444 Fulton St.
Fresno, CA 93721
Telephone: (559) 540-7070
Fax: (559) 940-6815
Email: GP@PachecoEsq.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRENELL MONSON,<br><br>    Defendant. | Case No. **1:16-CR-00069**<br><br>**ORDER GRANTING APPLICATION TO BE RELIEVED AS COUNSEL**<br><br>Date:<br>Time:<br>Dept: |

It is hereby ordered that Gabriel J. Pacheco be relieved as counsel in this case and that another attorney be appointed as new counsel.

Dated:  2/3/2022

　　　　　　　　　　　　　　　　　　 */s/ Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

1
APPLICATION TO BE RELIEVED AS COUNSEL