HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TRENELL MONSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00069 JLT-SKO-2 |
| Plaintiff, | **STIPULATION TO SET BRIEFING SCHEDULE; [PROPOSED] ORDER THEREON** |
| vs. | |
| TRENELL MONSON, | |
| Defendant. | |

On December 22, 2023, Mr. Monson filed a motion requesting appointment of counsel with respect to Sentencing Guidelines Amendment 821.  Dkt. Entry 1016.  On December 27, 2023, the Court referred Mr. Monson's request to the Office of the Federal Defender pursuant to General Order 670, which ordered the parties to file a briefing schedule within 14 days of the Office of the Federal Defender filing its notice of appearance.  Dkt. Entry 1017.  The undersigned filed her notice of appearance on January 19, 2024.  Dkt. Entry 1018.

Mr. Monson is not seeking to file a motion at this time.  To comply with the Court's Order, however, the parties have agreed to the following tentative dates with respect to a briefing schedule:

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the following briefing schedule be set:

|   |   |
|---|---|
| Stipulated Motion for Reduction or Defense Motion Filed by: | May 20, 2024 |
| Government Response Filed: | June 17, 2024 |
| Defense Reply Filed: | July 1, 2024 |

PHILLIP A. TALBERT
United States Attorney

DATED:  February 1, 2024

By /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  February 1, 2024

By /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
TRENELL MONSON

**ORDER**

The above schedule is adopted.

IT IS SO ORDERED.

Dated:  **February 2, 2024**

UNITED STATES DISTRICT JUDGE

Monson: Stipulation to Set
Briefing Schedule

-2-