MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: atyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Trenell Monson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:16-CR-00069-JLT-SKO |
| Plaintiff, | **DEFENDANT COUNSEL'S MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |
| vs. | |
| **Trenell Monson,** | |
| Defendant. | |

**To the Honorable Judge Jennifer L. Thurston, United State District Court Judge for the Eastern District of California:**

On August 13, 2024, CJA Panel Attorney Michael W. Berdinella was appointed by District Court Judge for the Eastern District of California, Jennifer L. Thurston, as Counsel to represent Defendant Trenell Monson for a Contested Motion to Vacate or Reduce Sentence Pursuant to 18 USC § 3582(c)(2), 28 USSG § 994(o) and Amendment 821, USSG 1B1.1. The Defendant filed said Motion to Vacate and/or Reduce Sentence on October 21, 2024 and filed an Amended Motion to Vacate and/or Reduce Sentence on December 16, 2024. Upon Counsel for

MOTION TO TERMINATE CJA APPOINTMENT – 1

Defendant's filing of his Amended Motion to Vacate or Reduce Sentence, the AUSA agreed to a stipulated reduction of the Sentence from a term of 180 months to 168 months. A Stipulation and Proposed Order expressing the reduction of Sentence from a term of 180 months to 168 months and was filed on December 20, 2024, and then on December 23, 2024 was signed by the Honorable Judge Jennifer L. Thurston.

    Having completed his representation of Mr. Monson, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act. Should Mr. Monson require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 02/14/2025                                Respectfully submitted,

                                                        Michael W. Berdinella
                                                        Attorney for Defendant
                                                        Trenell Monson

**ORDER**

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Trenell Monson at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Trenell Monson
US Marshalls # 75667-097
FCI Sheridan
P.O Box 5000
Sheridan, Oregon 97378

IT IS SO ORDERED.

Dated:   **February 18, 2025**

UNITED STATES DISTRICT JUDGE